W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
(559) 442-0634
(559) 233-6947

Attorney for Defendant, CRYSTAL CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL CASTRO,<br><br>Defendant. | Case No CR-07-0150 AWI<br><br>**ORDER GRANTING DEFENDANT EX PARTE APPLICATION FOR AN ORDER PREVENTING THE GOVERNMENT FROM DESTROYING THE MARIJUANA PLANTS UNTIL FURTHER ORDER AND ORDER**<br><br>COURT:   Honorable Anthony W. Ishii |

## APPLICATION

Defendant Crystal Castro applies to this court by ex parte application for an order to preserve marijuana evidence until further order of the court. Defendant's counsel was appointed June 19, 2007 to represent her in this matter. The indictment alleges as Count one a conspiracy to possess and distribute methamphetamine and marijuana plants. As to the marijuana plants, Count One alleges that the conspiracy involved more than one hundred plants. It is essential that these plants be preserved so they many be counted by the defense. The number of plants, for obvious reasons, is significant in this type of case. Access to the plants, if they exist currently, is necessary to refute the government's contention that one hundred or more plants were involved.

///

1  For this reason defendant moves ex parte for an order preserving all marijuana at issue in
2  this case until further order of the court.
3  Dated:   June 20, 2007                              Respectfully submitted,

                                                        /s/ W. Scott Quinlan
                                                       W. Scott Quinlan, Attorney for
                                                       Defendant, CRYSTAL CASTRO

## ORDER

Upon reading the ex parte application herein and GOOD CAUSE appearing therefor, it is hereby ordered that the marijuana seized in the above captioned case shall be preserved for inspection by the defense until the Status Conference on July 2, 2007 or further order of this court.

IT IS SO ORDERED.

**Dated:   June 20, 2007**                     **/s/ Anthony W. Ishii**
                                                     UNITED STATES DISTRICT JUDGE