1  W. SCOTT QUINLAN, #101269
   Attorney at Law
2  2333 Merced Street
   Fresno, CA 93721
3  (559) 442-0634
   (559) 233-6947
4

5  Attorney for Defendant, CRYSTAL CASTRO

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                               * * * * *

11 UNITED STATES OF AMERICA,      )   Case No CR-07-0150 AWI
                                  )
12                                )   DEFENDANT CRYSTAL CASTRO'S
                                  )   EX PARTE APPLICATION FOR
13              Plaintiffs,       )   AN ORDER EXTENDING THE
                                  )   ORDER PREVENTING THE
14 vs.                            )   GOVERNMENT FROM DESTROYING
                                  )   THE MARIJUANA AND [PROPOSED]
15 CRYSTAL CASTRO,                )   ORDER
                                  )
16                                )
                Defendant.        )
17 _____  )   COURT:     Honorable Anthony W. Ishii

18

19                              **APPLICATION**

20       Defendant Crystal Castro applies to this court by ex parte application for an extension of

21 the Order to preserve marijuana evidence previously ordered and set to expire on Monday, July

22 23, 2007. When last in court, it was suggested that if there were any problems with weighing the

23 marijuana at issue before expiration of the order preventing the destruction, the parties could

24 apply to the court for relief.

25 ///

26 ///

27 ///

28 ///

1    Defendant Crystal Castro had previously retained the services of investigator Craig
2  Winstead. Mr. Winstead was out of town on other commitments for the later part of last week
3  and the first part of this week. He was required to provide his own scale to weight the marijuana
4  and to have it calibrated. Mr. Winstead purchased a scale and has made arraignments to have it
5  calibrated today, Thursday, July 19, 2007.

6    Mr. Winstead spoke with the custodian of the plants, Special Agent Plennes, and the
7  soonest they are both available to weigh the plants is on July 24, 2007 at 1:00 p.m., provided
8  nothing in the way of an emergency comes up for either of them.

9    Based upon the above, Defendant Crystal Castro requests that the order preserving the
10 marijuana be continued to July 27, 2007.

11   Defendant further requests that all marijuana samples and plant samples sent to the
12 Western Regional Lab for processing be ordered preserved until further order of the court, as
13 they are not among the marijuana sought to be destroyed in the Government's motion previously
14 heard.

15   For this reason defendant moves ex parte for an order preserving all marijuana at issue in
16 this case until July 27, 2007, and ordering all marijuana that is in the possession of the Western
17 Regional Laboratory to be preserved until further order of the court.

18 Dated:   July 19, 2007                              Respectfully submitted,

22                                                    /s/ W. Scott Quinlan
                                                      W. Scott Quinlan, Attorney for
23                                                    Defendant, CRYSTAL CASTRO

25                                **ORDER**
26   Upon reading the ex parte application herein and GOOD CAUSE appearing therefor, it is
27 hereby ordered that the order preserving all marijuana shall be extended until July 27, 2007, after
28 which it shall cease, except that those samples of marijuana and plants sent to the Western

1  Regional Laboratory after seizure in the above captioned case shall be preserved for inspection
2  by the defense until further order of this court.
3      IT IS SO ORDERED.

6  Dated: 7-20-07

Honorable Anthony W. Ishii